**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
MARSHALL DIVISION**

| | | |
|---|---|---|
| ALEX FINCHER, ET AL. | § | |
| | § | |
| v. | § | CASE NO. 2:08-CV-463-DF-CE |
| | § | |
| ACE TRANSPORTATION | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 28) has been presented for consideration. The report recommends that the court approve the parties' settlement and dismiss the case in accordance with the terms outlined in the parties' proposed final judgment. The parties waived their right to file written objections to the Magistrate Judge's report.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, the court APPROVES the parties' proposed final judgment and DISMISSES this case in accordance therewith. Furthermore, the court DENIES all pending motions as moot.

**SIGNED this 3rd day of October, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE